CLYDE O. ROBINSON AND LOUISE P. ROBINSON v. CITY OF CHARLOTTE, A MUNICIPAL CORPORATION

No. 131A81

(Filed 13 July 1982)

APPEAL by plaintiffs from judgment of *Snepp, J.* at the 18 May 1981 Session of Superior Court, MECKLENBURG County, entered out of session by agreement of counsel and signed 29 June 1981, dismissing their trespass and nuisance claims and striking their allegations of punitive damages against the defendant. The appeal was filed and docketed in the Court of Appeals on 7 August 1981. We allowed plaintiffs' petition for discretionary review prior to determination by the Court of Appeals on 6 October 1981.

*George Daly, Attorney for plaintiff-appellants.*

*Caudle, Underwood & Kinsey, by William E. Underwood, Jr. and Ralph C. Kinsey, Jr., Attorneys for defendant-appellee.*

MEYER, Justice.

This case was consolidated for oral argument before this Court with the case of *Charles G. Long and wife, Mary P. Long v.*

*City of Charlotte* (No. 80CVS6097). While there are some differences in specific allegations, the complaints in both actions were filed on the same date and are essentially similar in all material respects. The issues presented by the appeal in this case are identical to those presented in *Long* and are determined by our decision in that case.

For the reasons stated in *Long v. City of Charlotte*, --- N.C. ---, --- S.E. 2d --- (1982) (filed this date), the judgment appealed from is

Affirmed.

Justice MITCHELL took no part in the consideration or decision of this case.